UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: **Joseph Patrick Michaels, 2nd**    JOINT DEBTOR: _____    CASE NO.: **9:23-bk-12989**
SS#: **xxx-xx-4424**    SS#: _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $ **100.00** for months **1** to **35**.
1. $ **155.00** for months **36** to **36**.

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: **$4,500.00**    Total Paid: **$4,500.00**    Balance Due: **$0.00**
Payable **NONE-** /month (Months ____ to ____ )
Allowed fees under LR 2016_1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**1** Creditor: **Brightstar Credit Union**
Address: **1300 SW 2nd Ct; Ft Lauderdale, FL 33310**    Arrearage/Payoff on Petition Date **$3,010.00**
Pay Off    **90.21** /month (Months 1 to 36 )
Last 4 Digits of Account No.: **Account No: 87906909**
Other: **Claim paid at 5% interest for a total of $3,247.56.**

☐ Real Property    Check one below for Real Property:
  ☐ Principal Residence    ☐ Escrow is included in the regular payments
  ☐ Other Real Property    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly
Address of Collateral:

Personal Property/Vehicle

Debtor(s): **Joseph Patrick Michaels, 2nd** Case number: **9:23-bk-12989**

☒ Description of Collateral: 2011 Chevrolet   Camaro 195,000 miles
VIN #2G1FG3DD4B9197728

    B.  **VALUATION OF COLLATERAL:**   ☒ NONE
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

    C.  **LIEN AVOIDANCE**   ☒ NONE

    D.  **SURRENDER OF COLLATERAL:**   ☒ NONE

    E.  **DIRECT PAYMENTS:**   ☒ NONE

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]
☐ NONE

    A.  **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**   ☒ NONE

    B.  **INTERNAL REVENUE SERVICE:**   ☒ NONE

Total Due: **$0.00**    Total Payment **$0.00**
Payable **0.00 /month (Months 36 to 36)**

    C.  **DOMESTIC SUPPORT OBLIGATION(S):**   ☐ NONE   ☒ CURRENT AND PAID OUTSIDE

    D.  **OTHER:**   ☐ NONE

1.  Name of Creditor: **Hope Rachel Michaels**
    Payment Address: **1422 SW 106th Way; Fort Lauderdale, FL 33324**
    Total Due: **$0.00**
    Payable _____ /month (Months ___ to ___)
    Regular Payment (if applicable) **$0.00** /month (Months ___ to ___)

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

    A. Pay **$50.00** /month (Months **36** to **36**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:**   ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. §1322.

**VI.   STUDENT LOAN PROGRAM**   ☒ NONE

**VII.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**   ☒ NONE

**VIII.   INCOME TAX RETURNS AND REFUNDS:**

**IX.   NON-STANDARD PLAN PROVISIONS:**   ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor **Joseph Patrick Michaels, 2nd**    Date **05/02/2023**    Joint Debtor _____  Date _____

Debtor(s): **Joseph Patrick Michaels, 2nd** Case number: **9:23-bk-12989**

| | |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1] | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy